IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CONNIE C., )
 )
      Plaintiff, )
 )
v. )
 )
NANCY A. BERRYHILL, Acting )
Commissioner of Social Security, )
 )
      Defendant. ) Civil Action No. 5:18-CV-0169-C-BQ

## ORDER

The Court considered the Report and Recommendation entered by the Magistrate Judge on May 30, 2019. No timely objection was filed by any party. The Court finds that the Report and Recommendation should be **ADOPTED** and the hearing decision **REVERSED**.

Accordingly, the Court ORDERS that this case be **REMANDED** to the Commissioner for further adjudication consistent with the content of the well-reasoned and thorough Report and Recommendation.

Dated this 18th day of June, 2019.

                                                            SAM R. CUMMINGS
                                                            SENIOR UNITED STATES DISTRICT JUDGE